## METROPOLITAN DISTRICT *v.* SAMUEL
## SAYLOR ET AL.
### (15919)

Dupont, C. J., and O'Connell and Hennessy, Js.

Submitted on briefs March 6—officially released April 8, 1997

Per Curiam. The judgment is affirmed.

## COMMISSIONER OF PUBLIC HEALTH *v.*
## JOANNE CHELEDNIK
### (15413)

Dupont, C. J., and O'Connell and Hennessy, Js.

Submitted on briefs March 6—officially released April 8, 1997

Per Curiam. The judgment is affirmed.

## FIRST TRUST NATIONAL ASSOCIATION, TRUSTEE
## *v.* DREW MYERS ET AL.
### (15857)
### (15950)

Dupont, C. J., and O'Connell and Hennessy, Js.

Submitted on briefs March 6—officially released April 8, 1997

Per Curiam. The judgment is affirmed and the case is remanded for the purpose of setting new law days.